**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ratsmy POUNPANYA, aka Jay,
Defendant—Appellant.**

**No. 03–10015.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 4, 2004.*

Decided Aug. 26, 2005.

Thomas C. Muehleck, Honolulu, HI, for Plaintiff—Appellee.

Loretta A. Sheehan, Glenn D. Choy, Esq., Honolulu, HI, for Defendant—Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before: FARRIS, NOONAN, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

The Supreme Court has vacated this Court's memorandum disposition filed on May 13, 2004, ordering a reconsideration in light of its recent holding in *United States v. Booker. See* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621, L.Ed.2d 621 (2005). For the reasons set forth therein and in our recent decision in *United States v. Ameline,* 409 F.3d 1073 (2005) (en banc), Pounpanya's sentence is VACATED and REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.